## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Frankie and Kristin Kartch, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| EOG Resources, Inc., | ) | |
| | ) | Case No. 4:10-cv-014 |
| Defendant. | ) | |

_____

On October 21, 2010, plaintiffs filed a "Request for Clarification, Additional Time to Amend Complaint and Appeal if Necessary, and Request for Phone Conference Re: Status of Pleadings in General." The court **GRANTS** plaintiff's request for a phone conference. The court shall conduct a telephonic status conference on November 2, 2010, at 10:00 a.m. to discuss, inter alia, the status of the pleadings and plaintiffs' request for clarification. The court shall initiate the call.

**IT IS SO ORDERED.**

Dated this 25th day of October, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge