IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Frankie and Kristin Kartch, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **REVISED SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| EOG Resources, Inc., | ) | |
| | ) | Case No. 4:10-cv-014 |
| Defendant. | ) | |

On March 24, 2011, the parties filed a Motion for Revised Scheduling Order. Attached to the motion was a stipulated scheduling/Discovery Plan and Order. The court GRANTS the parties' motion (Doc. No. 36). The court's previous scheduling order shall be amended as follows:

1. The parties shall ave until July 22, 2011, to complete fact discovery and to file discovery motion s relating to factual discovery.

2. The parties shall have until June 1, 2011, to move to amend their pleadings to add claims or defenses, except for claims for punitive damages, for which the deadline is August 1, 2011.

3. The plaintiffs have until July 15, 2011, to provide the names of expert witnesses and the subject matter of their testimony.

4. The plaintiffs shall have until August 1, 2011, to provide expert reports or disclosures as required under Rule 26(a)(2).

5. The defendants shall have until September 15, 2011, to provide the names of experts and their reports or disclosures as required under Rule 26(a)(2).

6. The parties shall have until November 1, 2011, to complete expert discovery and to

    file discovery motions relating to expert discovery.

7. The parties shall have until November 7, 2011, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 25th day of March, 2011.

            */s/ Charles S. Miller, Jr.*
            Charles S. Miller, Jr.
            United States Magistrate Judge