# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Frankie and Kristin Kartch, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| EOG Resources, Inc., | ) | |
| | ) | Case No. 4:10-cv-014 |
| Defendant. | ) | |

___

On July 11, 2011, the court convened a status conference to discuss an interim extension of plaintiffs' expert disclosure deadline pending the court's final ruling on plaintiff's Motion to Continue Trial and Extend Discovery and Motions Deadline. Plaintiff's expert disclosures are presently due by July 15, 2011. Pursuant to the court's discussions with the parties, plaintiff's deadline for expert disclosures shall be extended until July 22, 2011.

**IT IS SO ORDERED.**

Dated this 11th day of July, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court