## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Frankie and Kristin Kartch, | ) | |
| | ) | **ORDER EXTENDING PLAINTIFFS'** |
| Plaintiffs, | ) | **DEADLINE FOR FILING RESPONSE TO** |
| | ) | **DEFENDANT'S SUMMARY JUDGMENT** |
| vs. | ) | **MOTION AND SUSPENDING EXPERT** |
| | ) | **DISCOVERY DEADLINES** |
| EOG Resources, Inc., | ) | |
| | ) | Case No. 4:10-cv-014 |
| Defendant. | ) | |

The court conducted a telephonic status conference with the parties on November 3, 2011. The court shall extend plaintiffs' deadline for filing a response to defendant's motion for summary judgment until November 28, 2011. In addition, the court shall suspend expert discovery deadlines pending disposition of defendant's motion for summary judgment.

**IT IS SO ORDERED.**

Dated this 7th day of November, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court